STATE OF NEW JERSEY v. MARK H. SEYMOUR.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DIANE HSU.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH VILLICCO.

July 2, 1984.

Petition for certification denied.

TOWNSHIP OF OLD BRIDGE BOARD OF EDUCATION v. OLD BRIDGE EDUCATION ASSOCIATION.

July 2, 1984.

Petition for certification granted.   (See 193 *N.J.Super.* 182)